Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MAURICE MILLS,

   Plaintiff,

   v.

EQUIFAX, INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC, a corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; TRANS UNION, LLC, a corporation; and DOES 1-10, inclusive,

   Defendants.

Case No. 2:22-cv-00447-RSM

DEFENDANT EQUIFAX INC., AND EQUIFAX INFORMATION SERVICES, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

**NOTE ON MOTION CALENDAR:**
April 28, 2022

Defendants Defendant Equifax Inc. (incorrectly identified), and Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, hereby submits this Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. In support of its motion, Equifax states as follows:

1.   On April 6, 2022, Plaintiff Maurice Mills filed a Complaint in the United States District Court for the Western District of Washington. (ECF No. 1).

2.   Equifax was served via process service on its registered agent, Corporation Service Company, on April 8, 2022.

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 1
(CASE NO. 2:22-CV-00447-RSM)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

82508639v.1

3. Pursuant to Rules 12 and 81(c)(2) of the Federal Rules of Civil Procedure, Equifax currently must file its responsive pleading by April 29, 2022.

4. On April 26, 2022, counsel for Equifax conferred with Pro Se Plaintiff to confirm that Plaintiff had no objection to extending Equifax's deadline to answer or respond to Plaintiff's Complaint. Pro Se Plaintiff confirmed that Plaintiff consents to Equifax's requested extension.

5. Thus, to allow Equifax additional time to investigate Plaintiff's allegations and to engage in informal settlement discussions with Plaintiff's counsel, Equifax respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint through and including May 4, 2022.

6. This motion is filed before Equifax's response to Plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

7. This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to Plaintiff's Complaint through and including May 4, 2022.

DATED: April 28, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Telephone:  (206) 946-4910
Email:  aescobar@seyfarth.com
*Counsel for Defendants Equifax Inc. and Equifax Information Services LLC*

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 2
(CASE NO. 2:22-CV-00447-RSM)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

82508639v.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 3
(CASE NO. 2:22-CV-00447-RSM)

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

82508639v.1

1  IT IS SO ORDERED.

2  DATED this 28th day of April, 2022.

       RICARDO S. MARTINEZ
       CHIEF UNITED STATES DISTRICT JUDGE

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 4
(CASE NO. 2:22-CV-00447-RSM)

S<small>EYFARTH</small> S<small>HAW</small> LLP
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

82508639v.1

**CERTIFICATE OF SERVICE**

I hereby declare that on this 28th day of April, 2022, I caused a copy of EQUIFAX INFORMATION SERVICE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT to be electronically filed with the Court using the ECF system which will send notification of such filing to all counsel of record and I further certify that same was served via U.S. Mail with adequate postage thereon addressed as follows::

Maurice Mills
751 Rosario Pl NE
Renton, WA 98059

        /s/ Andrew R. Escobar
Andrew R. Escobar
*Counsel for Defendants Equifax Inc. and Equifax Information Services LLC*

CERTIFICATE OF SERVICE
(CASE NO. 2:22-CV-00447-RSM)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

82508639v.1