UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAURICE MILLS,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC, a corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; TRANS UNION, LLC, a corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-00447-RSM<br><br>DEFENDANT EQUIFAX INC., AND EQUIFAX INFORMATION SERVICES, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 5, 2022** |

Defendants Defendant Equifax Inc. (incorrectly identified), and Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, hereby submits this Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. In support of its motion, Equifax states as follows:

1.  On April 6, 2022, Plaintiff Maurice Mills filed a Complaint in the United States District Court for the Western District of Washington. (ECF No. 1).

2.  Equifax was served via process service on its registered agent, Corporation Service Company, on April 8, 2022.

3. On April 28, 2022, Equifax filed its first Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. (ECF No. 17)

4. The Court granted Equifax's request for an extension on April 28, 2022, setting May 4, 2022 as the new deadline for Equifax to file its response to Plaintiff's Complaint. (ECF No. 18).

5. On May 4, 2022, counsel for Equifax conferred with Pro Se Plaintiff to confirm that Pro Se Plaintiff had no objection to extending Equifax's deadline to answer or respond to Plaintiff's Complaint. Pro Se Plaintiff confirmed that Plaintiff consents to Equifax's requested extension.

6. Thus, to allow Equifax additional time to continue to engage in informal settlement discussions with Pro Se Plaintiff, Equifax respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint through and including May 18, 2022.

7. This motion is filed before Equifax's response to Plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

8. This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to Plaintiff's Complaint through and including May 18, 2022.

| | | |
|---|---|---|
| 1 | DATED: May 5, 2022 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |
| 4 | | By: /s/ Andrew R. Escobar |
| 5 | | Andrew R. Escobar, WSBA No. 42793<br>Seyfarth Shaw LLP |
| 6 | | 999 Third Avenue, Suite 4700<br>Seattle, WA 98104 |
| 7 | | Telephone: (206) 946-4910<br>Email: aescobar@seyfarth.com |
| 8 | | *Counsel for Defendants Equifax Inc. and Equifax Information Services LLC* |

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 3
(CASE NO. 2:22-CV-00447-RSM)

83040391v.1

IT IS SO ORDERED.

Dated this 5th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE