Warren F. Cangany, Esq. (IN #36656-49)  
(Admitted *Pro Hac Vice*)  
Schuckit & Associates, P.C.  
4545 Northwestern Drive  
Zionsville, IN  46077  
Telephone:  (317) 363-2400, Ext. 136  
Fax:  (317) 363-2257  
E-Mail:  wcangany@schuckitlaw.com  

*Lead Counsel for Defendant Trans Union, LLC*

Christopher M. Reed, Esq. WSBA #35477  
Montgomery Purdue Blankinship & Austin PLLC  
5500 Columbia Center  
701 Fifth Avenue  
Seattle, WA  98104-7096  
Telephone:  206-682-7090  
Fax:  206-625-9534  
E-Mail:  creed@montgomerypurdue.com  

*Local Counsel for Defendant Trans Union, LLC*

Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| MAURICE MILLS,<br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC., a corporation; EQUIFAX INFORMAITON SERVICES, LLC, a corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; TRANS UNION, LLC, a corporation; and DOES 1-10, inclusive;<br>    Defendants. | CASE NO. 2:22-cv-00447-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

   Plaintiff Maurice Mills, *Pro Se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised

**STIPULATION AND ORDER OF DISMISSAL –
2:22-cv-00447-RSM**

and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                      Respectfully submitted,

Date: June 1, 2022

*/s/ Maurice Mills (with consent)*
Maurice Mills
751 Rosario Pl. NE
Renton, WA 98059
Mmills735@gmail.com

*Pro Se Plaintiff*

Date: June 1, 2022

*/s/ Warren F. Cangany*
Warren F. Cangany, Esq.
  (Admitted *Pro Hac Vice*)

*Lead Counsel for Defendant Trans Union, LLC*

Christopher M Reed, Esq.
  WA State Bar No. 49716

*Local Counsel for Defendant Trans Union, LLC*

IT IS SO ORDERED.

DATED this 2nd day of June, 2022.

                                                      RICARDO S. MARTINEZ
                                                      CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL –**
**2:22-cv-00447-RSM**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **1st day of June, 2022**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| Maurice Mills<br>Mmills735@gmail.com<br>Sara Jane Wadsworth, Esq.<br>sara.wadsworth@stoel.com | Andrew R. Escobar, Esq.<br>aescobar@seyfarth.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **1st day of June, 2022**, properly addressed as follows:

| None. | |
|---|---|

*/s/ Warren F. Cangany*
Warren F. Cangany, Esq.
 (Admitted *Pro Hac Vice*)

*Lead Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL –**
**2:22-cv-00447-RSM**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE:  (317) 363-2400
FAX:  (317) 363-2257