The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MAURICE L. MILLS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., a corporation;<br>EQUIFAX INFORMATION SERVICES, LLC, a corporation;<br>EXPERIAN INFORMATION SOLUTIONS, INC., a corporation;<br>TRANS UNION, LLC, a corporation;<br>and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00447-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 16, 2022 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Maurice L. Mills, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

IT IS SO STIPULATED.

Respectfully submitted,

Date: September 16, 2022         By: /s/
                                 Maurice L. Mills, Pro Se Plaintiff

                                 *Pro Se Plaintiff*

Date: September 16, 2022         By: */s/ Andrew R. Escobar*
                                 Andrew R. Escobar, WSBA No. 42793
                                 aescobar@seyfarth.com
                                 **Seyfarth Shaw LLP**
                                 999 Third Avenue, Suite 4700
                                 Seattle, WA 98104
                                 Telephone: (206) 946-4610

                                 *Attorneys for Defendant Equifax Information Services, LL*C

## ORDER

Based on the foregoing Stipulation,

IT IS SO ORDERED

DATED this 16th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE