UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAURICE MILLS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC, a corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a corporation; TRANS UNION, LLC., a corporation; and DOES 1-10, inclusive, ,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00447-RSM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　　This matter comes before the Court on the stipulated Motion filed on February 15, 2023. Dkt. #34. Plaintiff and the last remaining Defendant in this action, Experian Information Solutions, Inc., stipulated to dismissal with prejudice of Plaintiff's claims against that Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* Each party will bear their own costs and attorney's fees.

　　　IT IS SO ORDERED. The Court further finds that this case is properly CLOSED given that all named Defendants have been dismissed from this action.

　　　DATED this 16th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL - 1
(2:22-cv-00447-RSM)